UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG and CHRISTOPHER ENBORG,<br><br>            Plaintiffs<br><br>     v.<br><br>ETHICON, INC., et al.,<br><br>            Defendants | OLD CASE 2:20-CV-2477 TLN-DB<br>NEW CASE  2:20-CV-2477 AWI JLT<br><br>ORDER RELATING AND REASSIGNING MATTER, ORDER FOR THE PARTIES TO SUBMIT ADDITIONAL INFORMATION, and ORDER REFERRING MATTER TO THE MAGISTRATE JUDGE FOR PURPOSES OF SETTING |

Examination of the above entitled case reveals that it is related within the meaning of Local Rule 123(a) to among other MDL No. 2327 cases *Welch v. Ethicon*, 1:20-cv-1512 AWI JLT and *Bogie v. Ethicon*, 1:20-CV-0044 AWI JLT.  These actions involve the same defendants, are based on similar claims, and present similar questions of law and fact.  These cases would entail substantial duplication of effort and resources if heard by different judges.  Because reassignment of these actions to a single district judge and magistrate judge would be convenient to the parties and affect a savings of judicial effort and economy, it is appropriate to reassign this case.  See Local Rule 123.

Additionally, in other cases received from MDL No. 2327, the Court has ordered the parties to submit joint status reports that address a number of issues, including (but not limited to) a discussion of any outstanding motions, length of trial estimates, the possibility of stipulations, and settlement efforts.  Therefore, the Court will order the parties to provide the same status information for this case.  See Doc. No. 70 in Case No. 1:20-CV-0044 AWI JLT.

1       However, unlike prior orders, the Court at this time does not intend to hold a group status
2 conference.  While the Court has received a number of cases from MDL No. 2327, only *Welch*
3 remains active and pending (all other cases have been closed following settlement or are awaiting
4 dispositional papers following a notice of settlement).  Because a large number of MDL No. 2327
5 cases are not active and pending at this time, the Court will follow normal procedure and refer this
6 matter to the Magistrate Judge for the purpose of conducting a scheduling conference and entering
7 a scheduling order.

8       Accordingly, IT IS HEREBY ORDERED that:

9 1.    This matter is REASSIGNED to Senior District Judge Anthony W. Ishii and Magistrate
10       Judge Jennifer L. Thurston for all further proceedings;
11 2.    All further filings in the above cases shall use the following case numbers:
12       2:20-cv-2247 AWI JLT
13 3.    Upon the transfer of any further cases from MDL No. 2327 (*In re:  Ethicon, Inc. Pelvic*
14       *Repair Systems Products*) to the Eastern District of California, counsel shall promptly file
15       a notice of related cases pursuant to Local Rule 123;
16 4.    As soon as possible, but no later than twenty-one (21) days from service of this order, the
17       parties shall submit a joint status report that contains all information requested and
18       described in Doc. No. 70 in Case No. 1:20-CV-0044 AWI JLT;[1] and
19 5.    This matter is otherwise referred to the Magistrate Judge for the purpose of conducting a
20       scheduling conference and entering a scheduling order.

IT IS SO ORDERED.

Dated:  March 2, 2021                                     
                              SENIOR  DISTRICT  JUDGE

---

[1] If additional time is needed to prepare the joint status report, the parties may submit a request for additional time, which will be granted.