**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRI ENBORG, et al. | ) Case No. 2:20-cv-02477-AWI-JLT |
| Plaintiffs, | ) **[PROPOSED] ORDER ON STIPULATION TO REQUEST ADDITIONAL TIME TO SUBMIT JOINT REPORT PURSUANT TO ECF NO. 79** |
| v. | |
| ETHCON, INC., et al., | |
| Defendants. | |

The deadline by which the parties must submit their joint report is extended to April 15, 2021.

IT IS SO ORDERED.

Dated:   **March 23, 2021**          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE