# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, et al., | Case No.: 2:20-CV-02477 AWI JLT |
| Plaintiffs, | SCHEDULING ORDER[1] (Fed. R. Civ. P. 16) |
| v. | Discovery Deadlines: |
| ETHICON, INC., et al., |     Plaintiff's Supplemental Fact Sheet: 5/7/2021 |
| Defendants. |     Defendants' Supplemental Fact Sheet: 6/4/2021 |
| |     Fact Depositions: 8/20/21 |

Status Conference: 9/13/21 at 8:30 a.m.

Non-Dispositive Motion Deadlines:
    Filing: 9/8/2021
    Hearing: 10/6/2021

Dispositive Motion Deadlines:
    Filing: 10/25/2021
    Hearing: 12/6/2021

Pre-Trial Conference:
    1/28/2022 at 10:00 a.m.
    Courtroom 2

Trial: 5/17/2022 at 8:30 a.m.
    Courtroom 2
    Jury trial: 5-7 days

---

[1] The Court finds the information provided by the parties in the Joint Status Report (Doc. 86) is sufficient to schedule the matter without a hearing. Thus, the scheduling conference set for April 22, 2021 is **VACATED**.

1

///

## I. Stipulation to Dismiss Claims

Defendants contend Plaintiff did not address several claims in opposition to Ethicon's motion for summary judgment, and the parties have agreed to "the dismissal of the unaddressed claims with the exception of the loss of consortium claim." (Doc. 86 at 2) Accordingly, a stipulation to dismiss the specific claims **SHALL** be filed no later than **May 3, 2021**.

## II. Discovery Plan and Cut-Off Date

Plaintiffs are directed to file a Supplemental Fact Sheet no later than **May 7, 2021**. Defendants shall file their Supplemental Fact Sheet on or before **June 4, 2021**. The parties **SHALL** take any Fact Depositions no later than **August 20, 2021**.

The Court sets a status conference on September 13, 2021 at **8:30 a.m**. before Judge Thurston, located at 510 19th Street, Bakersfield, California. Counsel SHALL file a joint status conference report one week before the conference. Counsel also SHALL lodge the status report via e-mail to JLTorders@caed.uscourts.gov. Counsel SHALL discuss settlement and certify that they have done so. Counsel may appear via teleconference by dialing (888) 557-8511 and entering Access Code 1652736, provided the Magistrate Judge's Courtroom Deputy Clerk receives a written notice of the intent to appear telephonically no later than five court days before the noticed hearing date.

## III. Pre-Trial Motion Schedule

All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than **September 8, 2021**[2], and heard on or before **October 6, 2021**. Non-dispositive motions are heard at 9:00 a.m., before Judge Thurston at the United States District Courthouse located at 510 19th Street, Bakersfield, California.

**No motion to amend or stipulation to amend the case schedule will be entertained unless it is filed at least one week before the first deadline the parties wish to extend.** Likewise, no written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to

---

[2] Non-dispositive motions related to discovery SHALL be filed within a reasonable time of discovery of the dispute, but in no event later than 30 days after the expiration of the Fact Deposition deadline.

resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact the Courtroom Deputy Clerk, Susan Hall, at (661) 326-6620 or via email at SHall@caed.uscourts.gov. At least three days before the conference, counsel SHALL file informal letter briefs detailing their positions. The briefs may not exceed 7 pages, excluding exhibits. **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from the Court's calendar.**

All dispositive pre-trial motions shall be filed no later than **October 25, 2021**, and heard no later than **December 6, 2021**, in Courtroom 2 at 8:30 a.m. before the Honorable Anthony W. Ishii, United States District Court Judge. In scheduling such motions, **counsel shall comply with Fed. R. Civ. P. 56 and Local Rules 230 and 260**.

### IV.    Motions for Summary Judgment or Summary Adjudication

**At least 21 days before** filing a motion for summary judgment or motion for summary adjudication, the parties are **ORDERED** to meet, in person or by telephone, to confer about the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a motion; and 6) to develop a joint statement of undisputed facts.

The moving party **SHALL** initiate the meeting and **SHALL** provide a complete, proposed statement of undisputed facts **at least five days before** the conference. The finalized joint statement of undisputed facts **SHALL** include all facts that the parties agree, for purposes of the motion, may be deemed true. In addition to the requirements of Local Rule 260, the moving party shall file the joint statement of undisputed facts.

In the notice of motion the moving party **SHALL** certify that the parties have met and conferred

3

as ordered above, or set forth a statement of good cause for the failure to meet and confer.  **Failure to comply may result in the motion being stricken.**

**V.      Pre-Trial Conference Date**

      **January 28, 2022**, at 10:00 a.m. in Courtroom 2 before Judge Ishii.

      The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2)**. The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Ishii's chambers, by email at AWIOrders@caed.uscourts.gov.

      Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.  In addition to the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

**VI.     Trial Date**

      **May 17, 2022**, at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii, United States District Court Judge.

      A.     This is a jury trial.

      B.     Counsels' Estimate of Trial Time: 5-7 days.

      C.     Counsels' attention is directed to Local Rules of Practice for the Eastern District of California, Rule 285.

**VII.    Settlement Conference**

      The parties may jointly request a settlement conference if they agree the case is in a settlement posture.

**VIII.   Requests for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

      Not applicable at this time.

**IX.     Related Matters Pending**

      There are no pending related matters.

**X.      Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load, and sanctions will be imposed for failure to follow both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

## XI.     Effect of this Order

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **April 19, 2021**                        _ /s/ **Jennifer L. Thurston**
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE