# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ETHICON, INC., et al.,<br><br>  Defendants. | Case No.: 2:20-CV-02477 AWI JLT<br><br>ORDER TO MAXWELL KENNERLY TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO SEEK MEMBERSHIP IN THIS COURT |

Maxwell Kennerly is identified as counsel for Ms. Enborg, but he has not sought admission in this Court. Thus, the Court **ORDERS**:

1. Within 14 days, Mr. Kennerly **SHALL** show cause in writing why the Court sould not impose sanctions for his failure to seek admission to this court. Alternatively, within 14 days, he may seek admission pro hac vice.

IT IS SO ORDERED.

Dated:   **April 19, 2021**                     **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE