1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, et al., | Case No.: 2:20-CV-02477 AWI  JLT |
|          Plaintiffs, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO MAXWELL KENNERLY; ORDER TO UPDATE THE DOCKET |
|    v. | |
| ETHICON, INC., et al., | |
|          Defendants. | |

Maxwell Kennerly has been identified as counsel for Ms. Enborg. However, he is no longer associated with the firm representing Ms. Enborg and is no longer representing her. Thus, the Court **ORDERS**:

      1.    The order to show cause to Mr. Kennerly is DISCHARGED;

      2.    The Clerk of Court is directed to update the docket to delete Mr. Kennerly as an attorney of record in this case.

IT IS SO ORDERED.

   Dated: __**May 3, 2021**__            __ **/s/ Jennifer L. Thurston**__
                                  CHIEF UNITED STATES MAGISTRATE JUDGE