**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRI ENBORG AND CHRISTOPHER ENBORG, <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON, INC., and JOHNSON & JOHNSON, <br><br> Defendants. | Case No. 2:20-cv-02477-AWI-JLT <br><br> **ORDER GRANTING DISMISSAL OF COUNTS II, IV, V, VI, VII, VIII, XI, XII, XIII, AND XV OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE** <br><br> Senior District Judge Anthony W. Ishii <br> Magistrate Judge Jennifer L. Thurston |

ORDER GRANTING DISMISSAL OF COUNTS II, IV, V, VI, VII, VIII, XI, XII, XIII, AND XV OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE

1598220.1

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | The Court hereby orders that the joint stipulation of Plaintiff Terri Enborg and |
| 3 | Defendants Ethicon, Inc. and Johnson & Johnson is granted. Pursuant to Rule |
| 4 | 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the causes of action set forth in |
| 5 | Counts II, IV, V, VI, VII, VII, XI, XII, XIII and XV of Plaintiff's Complaint filed in the |
| 6 | above-captioned civil action are dismissed with prejudice. |

IT IS SO ORDERED.

Dated: May 4, 2021

_____
SENIOR DISTRICT JUDGE

2
ORDER GRANTING DISMISSAL OF COUNTS II, IV, V, VI, VII, VIII, XI, XII, XIII, AND XV OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE

1598220.1