TUCKER ELLIS LLP
Mollie F. Benedict - SBN 187084
mollie.benedict@tuckerellis.com
Joshua J. Wes - SBN 238541
joshua.wes@tuckerellis.com
Nicholas J. Janizeh - SBN 307816
nicholas.janizeh@tuckerellis.com
Kaitlyn N. Pangburn – SBN 336346
Kaitlyn.pangburn@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Defendants
ETHICON, INC., and
JOHNSON & JOHNSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TERRI ENBORG, et al., | ) Case No. 2:20-cv-02477-AWI-JLT |
| Plaintiffs, | ) **[PROPOSED] ORDER TO EXTEND MOTION DEADLINE, CONTINUE MOTION HEARING AND PRETRIAL CONFERENCE** |
| v. | ) |
| ETHICON, INC., et al., | ) (Doc. 99) |
| Defendants. | ) |

Plaintiff Terri Enborg and pro se Plaintiff Christopher Enborg, and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), by and through their respective counsel, hereby submit the following Stipulated Request for Continuance of Final Pretrial Conference. In support, the parties state as follows:

1. The parties attended a status conference on September 13, 2021 and addressed a newly-discovered and ongoing discovery issue related to Plaintiff Terri Enborg's social media posts and possible destruction of evidence in violation of the MDL Order. Plaintiff has produced her Facebook posts, but Plaintiff's counsel is still searching through Ms. Enborg's Facebook messages for responsive information.

2. In addition, the parties stipulate to the following schedule:
   a. Disclosure of any supplemental expert reports pertaining to medical events that occurred after 10/25/2019 by October 25, 2021;
   b. Filing of *Daubert* motions (limited to reserved issues) and dispositive motions by November 8, 2021 (a change from October 25, 2021);
   c. Hearing on *Daubert* motions and dispositive motions on December 20, 2021 (a change from December 6, 2021);
   d. Continuing the Pretrial Conference to February 11, 2022 (a change from January 28, 2022); and
   e. No change to Trial set for May 17, 2022.

3. The parties conferred in the time since the September 13 status conference and agreed to seek a continuance of the dispositive motion deadlines and the Pretrial Conference. The requested continuance is not expected to impact the trial date of May 17, 2022.

4. A primary reason for the continuance is to obtain resolution of the current discovery issues regarding social media posts and messages.

5. While Plaintiff has produced her Facebook posts, Plaintiff's counsel is still analyzing Ms. Enborg's Facebook messages for responsive information.

6. The parties are working cooperatively to resolve these issues and are optimistic they will receive the necessary discovery, but will need time to analyze the information.

Accordingly, the parties hereby request that the Court amend the pretrial scheduling order as follows:

1. Deadline to file *Daubert* motions (limited to reserved issues) and dispositive motions: **November 8, 2021** (a change from October 25, 2021);

2. Hearing on *Daubert* motions and dispositive motions on **December 20, 2021** (a change from December 6, 2021);

3. Continuing the Pretrial Conference to **February 11, 2022** (a change from January 28, 2022).

DATED: October 14, 2021                TORHOERMAN LAW

By: */s/ Steven D. Davis*   (as authorized on October 14, 2021)
    Steven D. Davis
    Attorneys for Plaintiffs

DATED: October 14, 2021                CHRISTOPHER ENBORG

By: /s/ Christopher Enborg (as authorized on October 13, 2021)
    Christopher Enborg
    Pro Se

DATED: October 14, 2021                TUCKER ELLIS LLP
By: */s/ Mollie F. Benedict*
    Mollie F. Benedict
    Joshua J. Wes
    Nicholas Janizeh
    Kaitlyn N. Pangburn
    Attorneys for Defendants ETHICON, INC., and JOHNSON & JOHNSON

**[PROPOSED] ORDER**

**IT IS ORDERED** that, pursuant to stipulation and for good cause shown, the pretrial schedule is amended as follows:

1. The deadline to file *Daubert* motions (limited to reserved issues) and dispositive motions is extended from October 25, 2021 to **November 8, 2021**;
2. The hearing on *Daubert* motions and dispositive motions is continued from December 6, 2021 to **December 20, 2021 at 10:30 a.m.**;
3. The Pretrial Conference is continued from January 28, 2022 to **February 15, 2022 at 8:30 a.m.**.

IT IS SO ORDERED.

Dated:   **October 14, 2021**               **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE