# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, et al., | Case No. 2:20-cv-02477-AWI-JLT |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE AND CONTINUE DISPOSITIVE MOTION HEARING** |
| v. | (Doc. 101) |
| ETHICON, INC., et al., | |
| Defendants. | |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1.    The deadline to file dispositive motions is **November 29, 2021**.

2.    The hearing on dispositive motions is CONTINUED to **January 10, 2022**.

3.    The pretrial conference is CONTINUED to **March 3, 2022**.

**The Court does not contemplate authorizing any further amendments to the case schedule.**

IT IS SO ORDERED.

Dated:   **November 3, 2021**           **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE