# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG and CHRISTOPHER ENBORG,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　　Defendants. | ) Case No. 2:20-cv-02477-AWI-JLT<br>)<br>) ORDER GRANTING APPLICATION TO<br>) APPEAR PRO HAC VICE OF JACOB W.<br>) PLATTENBERGER<br>)<br>) (Doc. 132)<br>)<br>)<br>)<br>) |

Jacob Plattenberger has applied to appear pro hac vice for Ms. Enborg. (Doc. 132) He has demonstrated good standing in the courts in the State of Illinois (Doc. 132 at 2) and has paid the fee for admission. *Id*. He has not been admitted pro hac vice over the last year. Therefore, the application is GRANTED.

IT IS SO ORDERED.

Dated: **December 15, 2021**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER