**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRI ENBORG and CHRISTOPHER ENBORG, | ) Case No. 2:20-cv-02477-AWI-JLT )  |
| Plaintiffs, | ) ORDER GRANTING APPLICATION TO ) APPEAR PRO HAC VICE OF TYLER ) SCHNEIDER |
| v. | ) |
| ETHICON, INC., et al., | ) (Doc. 131) ) |
| Defendants. | ) ) |

Tyler Schneider has applied to appear pro hac vice for Ms. Enborg. (Doc. 131) He has demonstrated good standing in the courts in the State of Illinois (Doc. 131-1 at 2) and has paid the fee for admission. Id. He has not been admitted pro hac vice over the last year. Therefore, the application is GRANTED.

IT IS SO ORDERED.

Dated: __December 15, 2021__          _____ /s/ Jennifer L. Thurston
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE