

# United States District Court
# Eastern District of California

Terri Enborg

Plaintiff(s)

V.

Ethicon, Inc., et al.

Defendant(s)

Case Number: 2:20-cv-02477-AWI-BAK (SKO)

AMENDED
APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
D. Brett Turnbull hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff  Terri Enborg

On __October 19, 2005__ (date), I was admitted to practice and presently in good standing in the
__USDC, Northern District of Alabama__ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:__February 9, 2022__          Signature of Applicant: /s/ D. Brett Turnbull

**Pro Hac Vice Attorney**

Applicant's Name:                    D. Brett Turnbull

Law Firm Name:                     Turnbull, Holcomb & LeMoine, P.C.

Address:                                  2101 6th Avenue, North

                                               Suite 1100

City:                     Birmingham          State:   AL          Zip:       35203

Phone Number w/Area Code:    (205) 831-5040

City and State of Residence:     Birmingham, AL

Primary E-mail Address:           bturnbull@turnbullfirm.com

Secondary E-mail Address:        nmartin@turnbullfirm.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:              M. Alan Holcomb

Law Firm Name:                     Turnbull, Holcomb & LeMoine, P.C.

Address:                                  945 East Paces Ferry Road, NE

                                               Suite 2275

City:                     Atlanta              State:    GA          Zip:      30326

Phone Number w/Area Code    404-793-2566          Bar #      311171


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:   _2/11/2022_                    */s/ Sheila K. Oberto*

                                               JUDGE, U.S. DISTRICT COURT