

# United States District Court
# Eastern District of California

Terri Enborg

Plaintiff(s)

Case Number: 2:20-cv-02477-AWI-BAK (SKO)

V.

Ethicon, Inc., et al.

Defendant(s)

AMENDED
APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
_Janeen Elizabeth Smith_____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff   Terri Enborg

On _March 4, 2019_____ (date), I was admitted to practice and presently in good standing in the
_____USDC, Northern District of Georgia_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date:__February 9, 2022_____          Signature of Applicant: /s/ _Janeen E. Smith_____

**Pro Hac Vice Attorney**

Applicant's Name:   Janeen Elizabeth Smith

Law Firm Name:   Turnbull, Holcomb & LeMoine, P.C.

Address:   945 East Paces Ferry Road, NE

Suite 2275

City:   Atlanta   State:   GA   Zip:   30326

Phone Number w/Area Code:   (404) 793-2566

City and State of Residence:   Atlanta, GA

Primary E-mail Address:   jsmith@turnbullfirm.com

Secondary E-mail Address:   nmartin@turnbullfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:   M. Alan Holcomb

Law Firm Name:   Turnbull, Holcomb & LeMoine, P.C.

Address:   945 East Paces Ferry Road, NE

Suite 2275

City:   Atlanta   State:   GA   Zip:   30326

Phone Number w/Area Code:   404-793-2566   Bar #   311171

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   *2/11/2022*          */s/ Sheila K. Oberto*
_____
JUDGE, U.S. DISTRICT COURT