UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, ET AL.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ETHICON, INC., ET AL.,<br><br>        Defendants. | No. 2:20-cv-02477 JLT BAK (SKO)<br><br>**NEW CASE NUMBER**<br><br>**2:20-cv-02477 JLT BAK (BAM)**<br><br>**ORDER OF RECUSAL** |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Barbara A. McAuliffe.

All future pleadings filed with the court shall use the following case number:

**2:20-cv-02477 JLT BAK (BAM)**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:  __March 23, 2022__          __/s/ Sheila K. Oberto__
                                                            UNITED STATES MAGISTRATE JUDGE

1