UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ENBORG, et al.<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC., et al.,<br><br>Defendants. | CASE NO. 2:20-cv-02477-AWI-BAK<br><br>**ORDER GRANTING PLAINTIFF CHRISTOPHER ENBORG'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>(Doc. No. 163) |

On March 29, 2022, Plaintiff Christopher Enborg, who is proceeding *pro se* in this matter, filed a document with the Court stating that he was seeking "to dismiss with prejudice the case against the Defendants in exchange for a waiver of costs" on the grounds that he has a demanding new job and is responsible for providing care for an elderly and disabled family member whose condition has recently deteriorated.  Doc. No. 163.

The Court issued a Minute Order on March 29, 2022 construing that filing as "a motion under Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss with prejudice whatever claims Mr. Enborg has remaining against Defendants in this action in exchange for waiver of whatever rights other parties may have to seek costs from Mr. Enborg in connection with this action." Doc. No. 164. Further, the Minute Order directed Plaintiff Terri Enborg and Defendants Johnson & Johnson and Ethicon, Inc. to file oppositions or notices of non-opposition to Mr. Enborg's motion, as construed by the Court, within seven days of the Minute Order. Id.

As set forth in Court's March 16, 2022 Order on Defendants' motion for summary judgment, Mr. Enborg's sole claim against Defendants in this action is the claim for loss of consortium set forth as Count XVI of the Complaint. See Doc. No. 153 at 5:2-4. On April 4, 2022, Plaintiff Terri Enborg and Defendants Johnson & Johnson and Ethicon, Inc. filed notices of non-opposition to Mr.Enborg's motion, stating that they "do[] not oppose dismissing with prejudice Mr. Enborg's remaining claim (loss of consortium) against Defendants in this action" in exchange for waiver of costs. Doc. Nos. 166 & 167.

Given the factors addressed in Mr. Enborg's motion, the lack of opposition from other parties and the absence of any counterclaims against Mr. Enborg, the Court deems it proper to dismiss Mr. Enborg's claim for loss of consortium with prejudice; to terminate Mr. Enborg as a party to this action; and to bar Johnson & Johnson, Ethicon, Inc. or Terri Enborg from seeking to recover costs from Mr. Enborg in connection with this action. See Fed.R.Civ.Pro. 41(a)(2).

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. Christopher Enborg's claim for loss of consortium (Count XVI of the Complaint, Doc. No. 1) is DISMISSED with prejudice;
2. Christopher Enborg is TERMINATED as a party to this action; and
3. Plaintiff Terri Enborg and Defendants Johnson & Johnson and Ethicon, Inc. are barred from seeking costs from Christopher Enborg in connection with this action.

IT IS SO ORDERED.

Dated:   April 5, 2022                                 _____
                                                                          SENIOR  DISTRICT  JUDGE