

United States District Court
Eastern District of California

**FILED**
May 11, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Terri Enborg |
|---|

Plaintiff(s)

Case Number: 2:20-cv-02477-AWI-BAK (SKO)

V.

| Ethicon, Inc., et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Kyle R. Jackson, Sr.__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff   Terri Enborg

On __April 20, 2021__ (date), I was admitted to practice and presently in good standing in the __USDC, Northern District of Georgia__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __05/10/2022__       Signature of Applicant: /s/ __Kyle R. Jackson, Sr.__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kyle R. Jackson, Sr. |
| Law Firm Name: | Turnbull, Holcomb & LeMoine, P.C. |
| Address: | 945 East Paces Ferry Road, NE |
| | Suite 2275 |
| City: | Atlanta   State: GA   Zip: 30326 |
| Phone Number w/Area Code: | (404) 793-2566 |
| City and State of Residence: | Atlanta, GA |
| Primary E-mail Address: | kjacksonsr@turnbullfirm.com |
| Secondary E-mail Address: | nmartin@turnbullfirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | M. Alan Holcomb |
| Law Firm Name: | Turnbull, Holcomb & LeMoine, P.C. |
| Address: | 945 East Paces Ferry Road, NE |
| | Suite 2275 |
| City: | Atlanta   State: GA   Zip: 30326 |
| Phone Number w/Area Code: | 404-793-2566   Bar # 311171 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 11, 2022

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KYLE R. JACKSON, State Bar No. 404238,** was duly admitted to practice in said Court on 04/20/2021, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 10th day of May, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
GENESIS SCOTT
Deputy Clerk