


**FILED**
May 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court
# Eastern District of California

| Terri Enborg | Case Number: 2:20-cv-02477-AWI-BAK (BAM) |
|---|---|
| Plaintiff(s) | |

V.

Ethicon, Inc., et al.

Defendant(s)

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Paul Stokely Rosenblatt__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __Defendants Ethicon, Inc. and Johnson & Johnson__

On __September 25, 2012__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Mississippi__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: May 12, 2022

Signature of Applicant: /s/ Paul Stokely Rosenblatt
Paul Stokely Rosenblatt



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Paul Stokely Rosenblatt |
| Law Firm Name: | Butler Snow LLP |
| Address: | 1020 Highland Colony Parkway |
| | Suite 1400 |
| City: | Ridgeland   State: MS   Zip: 39157 |
| Phone Number w/Area Code: | 601-948-5711 |
| City and State of Residence: | Ridgeland, MS |
| Primary E-mail Address: | paul.rosenblatt@butlersnow.com |
| Secondary E-mail Address: | diane.wigley@butlersnow.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kaitlyn N. Pangburn |
| Law Firm Name: | Tucker Ellis LLP |
| Address: | 515 South Flower Street |
| | 42nd Floor |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | 213-430-3400 |
| Bar #: | 336346 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **May 13, 2022**              /s/ *Barbara A. McAuliffe*
                                       JUDGE, U.S. DISTRICT COURT



# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Paul Stokely Rosenblatt** was duly and legally admitted to practice law before the Supreme Court of Mississippi on September 25, 2012, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on April 12, 2022, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

CLERK